SYNCSORT, INC. *v.* INDATA SERVICES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 14 Conn. App. 481, is denied.

*Judith H. Rothschild,* in support of the petition.

*Robert L. Teicher,* in opposition.

Decided September 20, 1988

STATE OF CONNECTICUT *v.* EDWIN ORTIZ

The defendant's petition for certification for appeal from the Appellate Court, 14 Conn. App. 493, is denied.

*John J. Bunce, Jr.,* in support of the petition.

*Mitchell S. Brody,* deputy assistant state's attorney, in opposition.

Decided September 20, 1988

STANLEY V. TUCKER *v.* CITY OF HARTFORD

The plaintiff's petition for certification for appeal from the Appellate Court, 14 Conn. App. 515, is denied.

*Stanley V. Tucker,* pro se, in support of the petition.

Decided September 20, 1988

STATE OF CONNECTICUT *v.* HERBERT JOHNSON, JR.

The defendant's petition for certification for appeal from the Appellate Court, 14 Conn. App. 586, is denied.

*Michael J. McClary* and *Hugh F. Keefe,* in support of the petition.

*Carolyn K. Longstreth,* deputy assistant state's attorney, in opposition.

Decided September 20, 1988